UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRISTIAN SANCHEZ, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>    -against-<br><br>RIVER FINANCIAL INC.<br><br>      Defendant. | Case No. 1:21-cv-4719<br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL**<br>**WITHOUT PREJUDICE** |

  **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Brooklyn, New York
    August 3, 2021

                Respectfully submitted,

                By: /s/ *Joseph H. Mizrahi*
                Cohen & Mizrahi LLP
                *Attorneys for Plaintiff*